## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| BILLY STEVE KERR<br>ADC # 106600 | PETITIONER |
| v.         NO. 5:09CV00075-JLH-BD | |
| LARRY NORRIS, Director,<br>Arkansas Department of Correction | RESPONDENT |

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner Billy Steve Kerr's petition for writ of habeas corpus (#2) is DISMISSED with prejudice.

IT IS SO ORDERED this 6th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE